## Ben's Tri-State Motor, Inc., Appellee, v. John F. Cuneo Company, Appellant.

Gen. No. 41,363.

Heard in second division, first district, this court at October term, 1940; opinion filed December 30, 1941. Campbell, Clithero & Fischer, for appellant; William Feldman, for appellee. Opinion by PRESIDING JUSTICE SCANLAN. "Not to be published in full."